# EXHIBIT 1

**Registration #:** VA0002330811
**Service Request #:** 1-11961458921

## Mail Certificate

Thoits Law
Katie Kavanaugh
400 Main St
#250
Los Altos, CA 94022 United States

**Priority:** Special Handling     **Application Date:** November 30, 2022

## Correspondent

**Registration Number**

# VA 2-330-811

**Effective Date of Registration:**
November 30, 2022
**Registration Decision Date:**
December 15, 2022

## Title

**Title of Work:** Chicken Door

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** October 29, 2020
**Nation of 1st Publication:** Slovenia

## Author

- **Author:** Run-Tiger d.o.o.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** Slovenia

## Copyright Claimant

**Copyright Claimant:** Run-Tiger d.o.o.
Vilharjeva cesta 38, Ljubljana, 1000, Slovenia

## Certification

**Name:** Katie Kavanaugh
**Date:** November 30, 2022

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Copyright and registration based on only the deposited photograph; no copyright registration for any useful article depicted in the registered work.  17 USC 101, 102(a), and 113.

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the copyright Office record.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-330-915**

**Effective Date of Registration:**
December 13, 2022

**Registration Decision Date:**
December 15, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 26, 2021 to June 24, 2021

## Title

**Title of Group:** RUN-CHICKEN PHOTOGRAPHS
**Number of Photographs in Group:** 39

- **Individual Photographs:** run_chicken_studio00030, run_chicken_studio00032, run_chicken_studio0Q033, run_chicken_studio00034, run_chicken_studio00035, run_chicken_studio00036, run_chicken_studio00037, run_chicken_studio00038, run_chicken_studio00039, run_chicken_studio00040, run_chicken_studio00041, run_chicken_studio00042, run_chicken_studio00043, run_chicken_studio00044, run_chicken_studio07754, _E1A9814Edit, _E1A9817Edit,
  **Published:** January 2021

- **Individual Photographs:** run_chicken_studio00053, run_chicken_studio00058-Edit, run_chicken_studio00104, iE1A9853-Edit,
  **Published:** February 2021

- **Individual Photographs:** run_chicken_studio00104-Edit, _E1A9812Edit, _E1A9813Edit, _E1A9815Edit, _E1A9818-Edit, _E1A9886Edit, _E1A9911-Edit, _EJA9918=-Edit, _E1A9911-Edit, _E1A9927-Edit, _MG_0005-Edit, _MG_0122-Edit2, _MG_9935Edit
  **Published:** March 2021

- **Individual Photographs:** run_chicken_studio02689copy, nm_chicken_studio02690, run_chicken_studio02693, rm_chicken_studio02697, _MG_9944-Edit
  **Published:** June 2021

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** January 26, 2021
**Latest Publication Date in Group:** June 24, 2021
**Nation of First Publication:** Slovenia

## Author

| | |
|---|---|
| • Author: | Vizualne komunikacije Andraz Jenkole s.p. |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Domiciled in: | Slovenia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Run-Tiger d.o.o. |
| | Vilharjeva 38, Ljubljana, 1000, Slovenia |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Thoits Law |
| Name: | Katie Kavanaugh |
| Email: | kkavanaugh@thoits.com |
| Telephone: | (650)327-4200 |
| Address: | 400 Main St |
| | #250 |
| | Los Altos, CA 94022 United States |

## Certification

| | |
|---|---|
| Name: | Katie Kavanaugh |
| Date: | December 13, 2022 |

---

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |