UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22212-DPG

RUN-TIGER LLC, d/b/a RUN-CHICKEN,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

    Defendants.

_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Run-Chicken LLC, d/b/a Run-Chicken. ("Plaintiff" or "Run-Chicken"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendants[1], the Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule "A" hereto (collectively "Defendants") on the ground that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. (Declaration of Nicole Fundora in Support of Plaintiff's Request for Clerk's Entry of Default ("Fundora Decl.") ¶ 4, filed concurrently herewith.)

On September 13, 2024, pursuant to the methods of service authorized by the Court, all Defendants were served via email and website posting with the Summons, Amended Complaint, Plaintiff's *Ex Parte* Motion for Temporary Restraining Order, Including a Temporary Injunction,

---

[1] Plaintiff is not seeking entry of default against Defendant No. 7 (Guanyanyi).

a Temporary Transfer of the Defendant Interest Stores, a Temporary Asset Restraint, and Expedited Discovery ("Motion for Entry of TRO"), Order Granting *Ex Parte* Motion for Entry of Temporary Restraining Order ("TRO"), and Paperless Order Extending the TRO. (Fundora Decl. ¶ 3; *see also* Certificate of Service on file with the Court reflecting that Defendants were served Dkt. 28).

Time allowed for Defendants to respond to the Amended Complaint has expired. (Fundora Decl. ¶ 4.) Neither Plaintiff nor the Court has granted the Defendants an extension of time to respond to the Amended Complaint. (*Id*. ¶ 5.) Defendants have failed to answer or otherwise respond to the Amended Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorneys of record. (*Id*. ¶ 6.) Plaintiff is informed and believes that none of the Defendants could be considered infants or incompetent persons. (*Id*. ¶ 7.) Plaintiff is informed and believes that the Servicemembers' Civil Relief Act does not apply. (*Id*.)

WHEREFORE, Plaintiff, Run-Tiger LLC, d/b/a Run-Chicken, hereby requests that default be entered against Defendants, Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule "A" hereto.

Dated: October 7, 2024                Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/ *Nicole Fundora*
Nicole Fundora (FL Bar No. 1010231)
100 SE 2nd Street
Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
nfundora@bsfllp.com

***Attorney for Plaintiff RUN-TIGER LLC, d/b/a RUN-CHICKEN***

**Schedule A**

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1.0 | Curiosity Tap | https://www.amazon.com/sp?seller=A2YRCITENFTNFO |
| 2.0 | Danbirdn | https://www.amazon.com/sp?seller=A2SIPZE0B183QK |
| 3.0 | Divine Luxury Gifts | https://www.amazon.com/sp?seller=A1HEYP72YCMI15 |
| 4.0 | Feida-store | https://www.amazon.com/sp?seller=A1YEHX6CGR0BQK |
| 5.0 | Fuzzy-Bird | https://www.amazon.com/sp?seller=AM1I7LU9ODFYQ |
| 6.0 | GIFANK | https://www.amazon.com/sp?seller=AS50KDLW5WC6A |
| 8.0 | hao bao cheng | https://www.amazon.com/sp?seller=A2RNE2RZX0TY6T |
| 9.0 | Htank | https://www.amazon.com/sp?seller=A30SRR94YB6NDG |
| 10.0 | KIDNEYTON | https://www.amazon.com/sp?seller=AF8P79HUQD9QV |
| 11.0 | Luoqiuhong store | https://www.amazon.com/sp?seller=A2J21LBUMAQWFQ |
| 12.0 | MR QLI | https://www.amazon.com/sp?seller=AMHU8OPLQZOLU |
| 13.0 | OTYYWD | https://www.amazon.com/sp?seller=A2V87S1DYT35OL |
| 14.0 | Smatfarm | https://www.amazon.com/sp?seller=AVN8OC1R0L6DL |
| 15.0 | WenJiuKeJi | https://www.amazon.com/sp?seller=A2C683J0XG7UII |
| 16.0 | ZX-JIELI | https://www.amazon.com/sp?seller=ATHR1JGAM93JX |
| 17.0 | 九江常泽商贸有限公司 | https://www.amazon.com/sp?seller=A2XONAQKRF4YRU |
| 18.0 | 鹏都 | https://www.amazon.com/sp?seller=A3N0SZ8W2UPQOX |