UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22212-DPG

RUN-TIGER LLC, d/b/a RUN-CHICKEN,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, RUN-TIGER LLC, d/b/a RUN-CHICKEN, voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 6 | GIFANK | https://www.amazon.com/sp?seller=AS50KDLW5WC6A |

Dated: December 13, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/ *Nicole Fundora*
Nicole Fundora (FL Bar No. 1010231)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 539-8400
nfundora@bsfllp.com

*Attorney for Plaintiff RUN-TIGER LLC,*
*d/b/a RUN-CHICKEN*