UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22212-DPG

RUN-TIGER LLC, d/b/a RUN-CHICKEN,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff, RUN-TIGER LLC, d/b/a RUN-CHICKEN, voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 14 | Smatfarm | https://www.amazon.com/sp?seller=AVN8OC1R0L6DL |
| 16 | ZX-JIELI | https://www.amazon.com/sp?seller=ATHR1JGAM93JX |

Dated: December 20, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

/s/*Leigh Salomon*
Leigh Salomon (FL Bar No. 1054106)
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
Tel: (305) 357-8450
lsalomon@bsfllp.com

*Attorney for Plaintiff RUN-TIGER LLC, d/b/a RUN-CHICKEN*